UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RING STREET, LLC** | **CIVIL ACTION NO.: 2:23-cv-01486** |
| **PLAINTIFF,** | |
| **VERSUS** | **JUDGE: BARRY W. ASHE** |
| **CYPRESS CONNECTS LLC, CHRISTOPHER BEACHER, AND STUART SAUBER,** | **MAGISTRATE: MICHAEL NORTH** |
| **DEFENDANTS** | |

## ORDER OF CONDITIONAL DISMISSAL

The parties have notified the Court that they have reached a settlement of this case. Having considered the *Joint Motion for Entry of Conditional Stipulated Dismissal* filed by Plaintiff, Ring Street, LLC, and Defendants, Cypress Connects LLC, Christopher Beacher, and Stuart Sauber ("Defendants"):

**IT IS ORDERED** that this case is hereby conditionally **DISMISSED WITH PREJUDICE** and without court-ordered costs or attorney fees to any party.

**IT IS FURTHER ORDERED** that, if the parties are unable to perfect their settlement, the Court shall reopen this case upon the motion of any party filed within 60 days of this order.

**IT IS FURTHER ORDERED** that the Court shall, in any event, retain jurisdiction to address any matters related to the parties' settlement.

2

Thus done and signed in New Orleans, Louisiana, this  9th  day of   November   , 2023.

_____
**HON. BARRY W. ASHE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA**